IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIAM BEENE,     PLAINTIFF

V.     NO. 1:06CV18-D-D

TROY AGNEW, ET AL,     DEFENDANTS

**O P I N I O N**

This *pro se* prisoner complaint was filed on January 23, 2006. On February 1, 2006, the court mailed forms to the plaintiff at his last know address. These forms pertained to the Prison Litigation Reform Act, and plaintiff was ordered to read the forms and sign and return the appropriate form to the court. This has been returned as undeliverable, marked "released, no longer here." Since plaintiff has failed to keep the court advised of his address, communication of the court's orders is impossible. Plaintiff's failure to keep the court advised of a current address is also indicative of a lack of interest in pursuing this claim and constitutes a failure to prosecute within the meaning of Rule 41(b), Federal Rules of Civil Procedure. Therefore, the case must be dismissed for failure to prosecute. A final judgment in accordance with this opinion will be entered.

THIS the 17th day of February, 2006.

                                     /s/ Glen H. Davidson
                                     CHIEF JUDGE